# Third District Court of Appeal

## State of Florida

Opinion filed September 20, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1045
Lower Tribunal No. 21-10054
_____

**Impulsora de Productos Sustentables, S.A.P.I. de C.V.,**
Appellant,

vs.

**Haydhelen Velasquez,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Jennifer D. Bailey, Judge.

Law Office of Alan I. Karten, PLLC, and Alan I. Karten (Boynton Beach), for appellant.

Michael Van Cleve, Law, and Michael Van Cleve, for appellee.

Before MILLER, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.